

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LUCAS, an individual, TAREK ALBABA, an individual, RIGOBERTO VINDIOLA, an individual, DAVID GAMMA, an individual, SARAH FISHER, an individual, on behalf of themselves and all other similarly situated consumers, | Case No. 15-cv-00258-BAS-NLS |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| v. | |
| BREG, INC., a California corporation; GARY LOSSE, an individual; MARK HOWARD, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Presently before the Court is Plaintiffs Stacey Lucas, Tarek Albaba, Sarah Fisher, and David Gamma, and Defendants Breg, Inc., Gary Losse, and Mark Howard's joint motion to dismiss this action with prejudice. (ECF No. 102.) Having reviewed the motion, and noting that the stipulation of dismissal has been signed by all parties who have appeared, the Court **GRANTS** the motion and **DISMISSES**

– 1 –

**WITH PREJUDICE** this case in its entirety.[1] *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney's fees.

The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

**DATED:  January 5, 2017**

Hon. Cynthia Bashant
United States District Judge

---

[1] Plaintiff Rigoberto Vindiola was dismissed from this case on December 17, 2015. (ECF No. 52.)

– 2 –